*Court Of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*

★ ★ ★                    ★ ★ ★

## MEMORANDUM OPINION

No. 04-09-00288-CV

**IN RE** Joseph **KRIST**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:    Karen Angelini, Justice
            Phylis J. Speedlin, Justice
            Steven C. Hilbig, Justice

Delivered and Filed:   June 3, 2009

PETITION FOR WRIT OF MANDAMUS DENIED

On May 5, 2009, this court denied relator's motion to dismiss newly appointed counsel filed in Cause No. 04-08-00186-CV. On May 18, 2009, relator filed a petition for writ of mandamus, complaining of the trial court's failure to rule on a similar motion to dismiss newly appointed counsel filed in the trial court. Relator asserts this court may have denied his motion to dismiss newly appointed counsel on the basis that we lacked jurisdiction to rule on a motion to dismiss appointed counsel. However, this court did not dismiss the motion for lack of jurisdiction, but instead accepted jurisdiction and denied the motion. *See* TEX. R. APP. P. 6.5 (providing that "[a]n

---

[1] This proceeding arises out of Cause No. 2007-PA-00899, styled *In the Interest of K.F.K., et al, children*, in the 131st Judicial District Court, Bexar County, Texas, the Honorable John D. Gabriel presiding.

appellate court may, on appropriate terms and conditions, permit an attorney to withdraw from representing a party in the appellate court"). Accordingly, relator's petition is denied. *See* TEX. R. APP. P. 52.8(a)

PER CURIAM